DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611161204
Cashier ID: kokicha
Transaction Date: 09/12/2022
Payer Name: Bizgistics LLC

CIVIL FILING FEE- NON-PRISONER
 For: Jesus Cerda
 Amount:         $402.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 1236
 Amt Tendered: $402.00

Total Due:       $402.00
Total Tendered: $402.00
Change Amt:      $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.