Ron Cuff
150 Raley Town Cntr
Rohnert Park, Ca 94928



Clerk
US District Court
450 Golden Gate 16th Floor
San Francisco, Ca
94102

