AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| JESUS CERDA | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:22-cv-05188-KAW |
| ALLY FINANCIAL, ET AL | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SEE ATTACHED LIST OF DEFENDANTS AND ADDRESSES

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JESUS CERDA, 2528 POMO TRL, SANTA ROSA, CA 95403

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B.Busby

*Signature of Clerk or Deputy Clerk*

Date:  9/23/22

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-05188-KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                          _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*

                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT TO SUMMONS IN A CIVIL SUIT    CERDA V ALLEY *ET AL*    CASE CV22-5188-KAW**

**BELOW DEFENDANTS**

ALLY FINANCIAL, 200 Renaissance Ctr #BO, Detroit, MI 48243

CAPITAL ONE BANK USA NA, PO Box 31293, Salt Lake City, UT 84131

COMENITY BANK EXPRESS, aka CB EXPRESS, PO BOX 182789, COLUMBUS, OH 43218

CREDIT ONE BANK NA, PO Box 98875, Las Vegas, NV 89193

DISCOVER BIN SVCS LLC, aka DISCOVER BANK, PO Box 15316, Wilmington, DE 19850

ISAC aka Illinois Student Assistance Commission, 1755 Lake Cook Rd #K1, Deerfield, IL 60015

MACYS/DSNB aka Macys Department Stores National Bank, 911 Duke Blvd, Mason OH 45040

SYNBC/CARE CREDIT, 950 Forrer Blvd, Kettering, OH 45420

ABILITY RECOVERY SERVICES, PO Box 4031, Wyoming, PA 18644

CONVERGENT OUTSOURCING aka COMCAST, 800 SW 39th Street, Renton, WA 98057

JEFFERSON CAPITAL SYST, 16 McLeland Rd, Saint, Cloud, MN 56303

AES/SUNTRUST BANK, PO Box 61047, Harrisburg, PA 17106

ILL STUDENT ASST. CO, 1755 Lake Cook Rd, Deerfield, IL 60015-3572

Experian Information Solutions, Inc. c/o CT Corporation System, 330 N. Brand Blvd, STE 700, Glendale, CA 91203

TransUnion, 2 Baldwin Place, P.O. Box 2000, Chester, PA 19022

Equifax Information Services, LLC, 211 Perimeter Center Pkwy #300, Atlanta, GA 30346