RECEIVED

OCT 31 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-340101

US DIST COURT
450 GOLDEN GATE 16 Fl
SAN FRANCISCO CA 94102

SAN FRANCISCO CA 940
29 OCT 2022 PM 5 L

FOREVER / USA