AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| JESUS CERDA | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:22-cv-05188-KAW |
| ALLY FINANCIAL, ET AL | ) |
| | ) |
| *Defendant(s)* | ) |

**FILED**

Nov 02 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED LIST OF DEFENDANTS AND ADDRESSES

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JESUS CERDA, 2528 POMO TRL, SANTA ROSA, CA 95403

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: 9/23/22

*Signature of Clerk or Deputy Clerk*

**ATTACHMENT TO SUMMONS IN A CIVIL SUIT    CERDA V ALLEY *ET AL*    CASE CV22-5188-KAW**

**BELOW DEFENDANTS**

ALLY FINANCIAL, 200 Renaissance Ctr #BO, Detroit, MI 48243

CAPITAL ONE BANK USA NA, PO Box 31293, Salt Lake City, UT 84131

COMENITY BANK EXPRESS, aka CB EXPRESS, PO BOX 182789, COLUMBUS, OH 43218

CREDIT ONE BANK NA, PO Box 98875, Las Vegas, NV 89193

DISCOVER BIN SVCS LLC, aka DISCOVER BANK, PO Box 15316, Wilmington, DE 19850

ISAC aka Illinois Student Assistance Commission, 1755 Lake Cook Rd #K1, Deerfield, IL 60015

MACYS/DSNB aka Macys Department Stores National Bank, 911 Duke Blvd, Mason OH 45040

SYNBC/CARE CREDIT, 950 Forrer Blvd, Kettering, OH 45420

ABILITY RECOVERY SERVICES, PO Box 4031, Wyoming, PA 18644

CONVERGENT OUTSOURCING aka COMCAST, 800 SW 39th Street, Renton, WA 98057

JEFFERSON CAPITAL SYST, 16 McLeland Rd, Saint, Cloud, MN 56303

AES/SUNTRUST BANK, PO Box 61047, Harrisburg, PA 17106

ILL STUDENT ASST. CO, 1755 Lake Cook Rd, Deerfield, IL 60015-3572

Experian Information Solutions, Inc. c/o CT Corporation System, 330 N. Brand Blvd, STE 700, Glendale, CA 91203

TransUnion, 2 Baldwin Place, P.O. Box 2000, Chester, PA 19022

Equifax Information Services, LLC, 211 Perimeter Center Pkwy #300, Atlanta, GA 30346

Civil Action No. 22-cv-5188-KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CERDA V ALLY ET AL
was received by me on *(date)* 10/29/2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CLAUDIA , who is
designated by law to accept service of process on behalf of *(name of organization)* ISAC
on *(date)* 10/29/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 70.00 for travel and $ _____ for services, for a total of $ 70.00 .

I declare under penalty of perjury that this information is true.

Date: 10/29/2022

/s/ Ronald Cupp
*Server's signature*

RONALD CUPP
*Printed name and title*

150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928
*Server's address*

Additional information regarding attempted service, etc:
I called 9-23-22 talked to Claudia and was told to email summons and complaint, civil cover sheet, initial case mgt, assign to magistrate to fax number stipulation@ecmc.org.

| | |
|---|---|
| **From:** | roncupp.law.research@gmail.com |
| **Sent:** | Saturday, October 29, 2022 11:55 AM |
| **To:** | stipulation@ecmc.org; stipulations@ecmc.org |
| **Cc:** | roncupp.law.research@gmail.com |
| **Subject:** | CERDA V ALLY et al 22-cv-5188-KAW |
| **Attachments:** | DOC CIVIL COVER SHEET 1-1.pdf; DOC 1 CASE 22-05188 KAW.pdf; CERDA AO 440 SUMMONS 22-CV-5188-KAW.pdf; CERDA ASSIGNMENT TO MAGISTRATE K WESTMORE 10-13-22.pdf; CERDA DOC 2 INITIAL CASE MGT 22-5188 9-13-22.pdf |

PROOF OF SERVICE
CALLED, TALKED TO CLAUDIA, TOLD TO EMAIL SUMMONS & COMPLAINT, CIVIL COVER, ASSIGN TO MAGISTRATE AND INITIAL CASE MGT

Was not sure of correct email address so I erred on the side of caution and put both email addresses in there.

Ronald Cupp
707-318-9929
"Life is an attitude, if you don't like your life, change your attitude!"