**FILED**

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

NOV 02 2022



CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JESUS CERDA | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )  Civil Action No.  4:22-cv-05188-KAW |
| ALLY FINANCIAL, ET AL | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEE ATTACHED LIST OF DEFENDANTS AND ADDRESSES

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JESUS CERDA, 2528 POMO TRL, SANTA ROSA, CA 95403

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date:   9/23/22

*Signature of Clerk or Deputy Clerk*

**ATTACHMENT TO SUMMONS IN A CIVIL SUIT    CERDA V ALLEY *ET AL*    CASE CV22-5188-KAW**

**BELOW DEFENDANTS**

ALLY FINANCIAL, 200 Renaissance Ctr #BO, Detroit, MI 48243

CAPITAL ONE BANK USA NA, PO Box 31293, Salt Lake City, UT 84131

COMENITY BANK EXPRESS, aka CB EXPRESS, PO BOX 182789, COLUMBUS, OH 43218

CREDIT ONE BANK NA, PO Box 98875, Las Vegas, NV 89193

DISCOVER BIN SVCS LLC, aka DISCOVER BANK, PO Box 15316, Wilmington, DE 19850

ISAC aka Illinois Student Assistance Commission, 1755 Lake Cook Rd #K1, Deerfield, IL 60015

MACYS/DSNB aka Macys Department Stores National Bank, 911 Duke Blvd, Mason OH 45040

SYNBC/CARE CREDIT, 950 Forrer Blvd, Kettering, OH 45420

ABILITY RECOVERY SERVICES, PO Box 4031, Wyoming, PA 18644

CONVERGENT OUTSOURCING aka COMCAST, 800 SW 39th Street, Renton, WA 98057

JEFFERSON CAPITAL SYST, 16 McLeland Rd, Saint, Cloud, MN 56303

AES/SUNTRUST BANK, PO Box 61047, Harrisburg, PA 17106

ILL STUDENT ASST. CO, 1755 Lake Cook Rd, Deerfield, IL 60015-3572

Experian Information Solutions, Inc. c/o CT Corporation System, 330 N. Brand Blvd, STE 700, Glendale, CA 91203

TransUnion, 2 Baldwin Place, P.O. Box 2000, Chester, PA 19022

Equifax Information Services, LLC, 211 Perimeter Center Pkwy #300, Atlanta, GA 30346

Civil Action No. 22-CV-5188-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ALLY FINANCIAL

was received by me on *(date)*  10/29/2022  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Sheila _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*  ALLY FINANCIAL

_____ on *(date)*  10/29/2022  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  70.00  for travel and $ _____ for services, for a total of $  70.00  .

I declare under penalty of perjury that this information is true.

Date:  10/29/2022 _____

/s/ Ronald Cupp
*Server's signature*

Ronald Cupp
*Printed name and title*

150 Raley Town Center Ste 2512
Rohnert Park, CA 94928

*Server's address*

Additional information regarding attempted service, etc:
On 9-20-22 11:54 a.m. talked to Sheila and was told to fax to 866-619-8676

## RONALD CUPP
### 15O RALEY TOWN CENTER STE 2512
### ROHNERT PARK, CA 94928
### Tel: 707-318-9929 Fax: 833-596-1575

# Fax

| | | | |
|---|---|---|---|
| **To:** | SHELIA | **From:** | RONALD CUPP |
| **Fax:** | 1-866-619-8676 | **Date:** | Oct 29, 2022 11:34 AM |
| **Organization:** | ALLY FINANCIAL | | |
| **Subject:** | **POS SUMMONS & COMPLAINT** | | |

AS REQUESTED FOR SERVICE OF COMPLAINT AND SUMMONS, CIVIL COVER SHEET, COMPLAINT, SUMMONS, ASSIGNMENT TO MAGISTRATE AND INITIAL CASE MANAGEMENT

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

Civil Action No. 22-cv-5188-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CERDA V ALLY ET AL

was received by me on *(date)*        10/29/2022        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   JOSHOUSA                                              , who is

designated by law to accept service of process on behalf of *(name of organization)*   CAPITAL ONE BANK

_____ on *(date)*   10/31/2022   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $    70.00    for travel and $ _____ for services, for a total of $    70.00    .

I declare under penalty of perjury that this information is true.

Date:    10/31/2022

/s/ Ronald Cupp
*Server's signature*

RONALD CUPP
*Printed name and title*

150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928

*Server's address*

Additional information regarding attempted service, etc:
I called 9-21-22 and was told to mail summons and complaint, civil cover sheet, initial case mgt, assign to magistrate to this address.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*

Salt Lake City, UT 84131

| Certified Mail Fee | |
|---|---|
| $ | $4.00 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage
$ $3.12

Total Postage and Fees
$ $7.12

10/31/2022

Sent To Capital One Bank

Street and Apt. No., or PO Box No. PO Box 31293

City, State, ZIP+4 Salt lake City, UT 84171

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7021 2720 0002 7075 3531

0662
6

Civil Action No. 22-cv-5188-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CERDA V ALLY ET AL

was received by me on *(date)*      10/29/2022      .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   LEGAL DEPT      , who is

designated by law to accept service of process on behalf of *(name of organization)*   COMENITY BANK EXPRESS

_____ on *(date)*      10/31/2022      ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $   70.00   for travel and $ _____ for services, for a total of $   70.00   .

I declare under penalty of perjury that this information is true.

Date:      10/31/2022

/s/ Ronald Cupp
*Server's signature*

RONALD CUPP
*Printed name and title*

150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928

*Server's address*

Additional information regarding attempted service, etc:
I called 9-23-22 talked to Leaistte and was told to mail summons and complaint, civil cover sheet, initial case mgt, assign to magistrate to this address.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7021 2720 0002 7075 3470

For delivery information, visit our website at *www.usps.com®*.

Columbus, OH 43218

| Certified Mail Fee | | |
|---|---|---|
| $4.00 | | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$3.12

Total Postage and Fees
$7.12

10/31/2022

Sent To  Comenity Bank Express
Street and Apt. No., or PO Box No.  P. O. Box 18278G
City, State, ZIP+4®  Columbus OH 43218

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

Civil Action No. 22-cv-5188-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CERDA V ALLY ET AL

was received by me on *(date)*  10/29/2022  .

◻ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  ANTHONY _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*  CREDIT ONE BANK

_____ on *(date)*  10/31/2022  ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*


My fees are $  70.00  for travel and $ _____ for services, for a total of $  70.00  .

I declare under penalty of perjury that this information is true.

Date:  10/31/2022

/s/ Ronald Cupp
*Server's signature*

RONALD CUPP
*Printed name and title*

150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928

*Server's address*

Additional information regarding attempted service, etc:
I called 9-23-22 talked to Anthony and was told to mail summons and complaint, civil cover sheet, initial case mgt, assign to magistrate to this address.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Las Vegas, NV 89193

Certified Mail Fee
$ $4.00

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$ $3.12

Total Postage and Fees
$ $7.12

Sent To Credit One Bank

Street and Apt. No., or PO Box No. P O Box 98875

City, State, ZIP+4® Las Vegas NV 89193

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0002 7075 3494

CODDINGTOWN ST  0662
6
Postmark
Here
OCT 31 2022
10/31/2022

Civil Action No. 22-cv-5188-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CERDA V ALLY ET AL

was received by me on *(date)*        10/29/2022        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   STEPHANIE                                      , who is

designated by law to accept service of process on behalf of *(name of organization)*   DISCOVER BANK

_____ on *(date)*   10/31/2022   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $    70.00    for travel and $ _____    for services, for a total of $    70.00    .

I declare under penalty of perjury that this information is true.


Date:    10/31/2022                                        /s/ Ronald Cupp
                                                          *Server's signature*

                                                          RONALD CUPP
                                                          *Printed name and title*

                                                          150 RALEY TOWN CENTER STE 2512
                                                          ROHNERT PARK, CA 94928

                                                          *Server's address*

Additional information regarding attempted service, etc:
I called 9-23-22 talked to Stephanie and was told to mail summons and complaint, civil cover sheet, initial case mgt, assign to magistrate to this address.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Wilmington, DE 19850

| Certified Mail Fee | | |
|---|---|---|
| $4.00 | | 0662 |
| $ | $0.00 | 6 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage
$ $2.64

Total Postage and Fees
$ $6.64       10/31/2022

Sent To Discover Bln Svcs LLC
Street and Apt. No., or PO Box No. PO Box 15316
City, State, ZIP+4® Wilmington, DE 19850

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0002 7075 3500

Civil Action No. 22-cv-5188-KAW

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CERDA V ALLY ET AL

was received by me on *(date)*        10/29/2022        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   CUSTOMER SERVICE        , who is

designated by law to accept service of process on behalf of *(name of organization)*   MACY'S

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $      70.00      for travel and $ _____ for services, for a total of $      70.00      .

I declare under penalty of perjury that this information is true.

Date:      10/29/2022

/s/ Ronald Cupp
*Server's signature*

RONALD CUPP
*Printed name and title*

150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928

*Server's address*

Additional information regarding attempted service, etc:
I called and was told to email summons and complaint, civil cover sheet, initial case mgt, assign to magistrate to this email address.

| | |
|---|---|
| **From:** | roncupp.law.research@gmail.com |
| **Sent:** | Saturday, October 29, 2022 11:42 AM |
| **To:** | customerservice@macys.com |
| **Cc:** | roncupp.law.research@gmail.com |
| **Subject:** | CERDA V ALLY ET AL 22-CV-5188-KAW |
| **Attachments:** | CERDA AO 440 SUMMONS 22-CV-5188-KAW.pdf; CERDA ASSIGNMENT TO MAGISTRATE K WESTMORE 10-13-22.pdf; CERDA DOC 2 INITIAL CASE MGT 22-5188 9-13-22.pdf; DOC 1 CASE 22-05188 KAW.pdf; DOC CIVIL COVER SHEET 1-1.pdf |

PROOF OF SERVICE
ON 9-23-22 WAS INSTRUCTED TO EMAIL SUMMONS AND COMPLAINT TO THIS EMAIL ADDRESS

Ronald Cupp
707-318-9929
"Life is an attitude, if you don't like your life, change your attitude!"

Civil Action No. 22-cv-5188-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CERDA V ALLY ET AL

was received by me on *(date)*          10/29/2022          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   VANESSA                                          , who is

designated by law to accept service of process on behalf of *(name of organization)*   SYNBC/CARE CREDIT

_____ on *(date)*     10/31/2022     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $      70.00      for travel and $ _____ for services, for a total of $      70.00      .


I declare under penalty of perjury that this information is true.

Date:     10/31/2022                                   /s/ Ronald Cupp
                                                        *Server's signature*

                                                      RONALD CUPP
                                                      *Printed name and title*

                                              150 RALEY TOWN CENTER STE 2512
                                              ROHNERT PARK, CA 94928

                                                      *Server's address*


Additional information regarding attempted service, etc:
I called 9-23-22 talked to Vanessa and was told to fax summons and complaint, civil cover sheet, initial case mgt, assign to magistrate to fax number 866-433-6076.

**RONALD CUPP**
**15O RALEY TOWN CENTER STE 2512**
**ROHNERT PARK, CA 94928**
**Tel: 707-318-9929 Fax: 833-596-1575**



| **To:** | VANESSA | **From:** | RONALD CUPP |
|---|---|---|---|
| **Fax:** | 1-866-433-6076 | **Date:** | Oct 29, 2022 11:45 AM |

**Organization:** SYNBC/CARE CREDIT

**Subject:**

ON 9-23-22 SPOKE TO VANESSA AND WAS TOLD TO SERVE THE SUMMONS AND COMPLAINT, CIVIL COVER SHEET, INITIAL CASE MGT, ASSIGNMENT TO MAGISTRATE

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

Civil Action No. 22-cv-5188-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CERDA V ALLY ET AL

was received by me on *(date)*   10/29/2022   .

☐ I personally served the summons on the individual at *(place)*

on *(date)*   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   THERESA   , who is

designated by law to accept service of process on behalf of *(name of organization)*   ABILITY RECOVERY SERVIC

on *(date)*   10/29/2022   ; or

☐ I returned the summons unexecuted because   ; or

☐ Other *(specify):*

My fees are $   70.00   for travel and $   for services, for a total of $   70.00   .

I declare under penalty of perjury that this information is true.

Date:   10/29/2022

/s/ Ronald Cupp
*Server's signature*

RONALD CUPP
*Printed name and title*

150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928

*Server's address*

Additional information regarding attempted service, etc:
I called and was told to fax summons and complaint, civil cover sheet, initial case mgt, assign to magistrate to this email address.

## RonC2009@gmail.com

| | |
|---|---|
| **From:** | SRFax Delivery Notification <fax@srfax.com> |
| **Sent:** | Saturday, October 29, 2022 12:08 PM |
| **To:** | ronc2009@gmail.com |
| **Subject:** | SRFax Transmission Successful to THERESA - 1 570-207-2682 |
| **Attachments:** | 20221029114822-7434_02.pdf |



| | |
|---|---|
| Transmission Status: | **Sent** |
| Subject: | **SERVICE OF SUMMONS AND COMPLAINT** |
| Ref. Code: | **CERDA 22-CV-5188** |
| Sender: | **833-596-1575 (ronc2009@gmail.com)** |
| Fax Sent: | **Oct 29, 2022 11:48 AM** |
| Recipient Fax: | **1 570-207-2682** |
| Remote Fax ID: | |
| # of Pages Sent: | **37 of 37 (Call Length: 17:55)** |
| **Open the attached file to view faxed document.** | |

## Preview of Page 1.

---

|  | |
|---|---|
| **RONALD CUPP**<br>**15O RALEY TOWN CENTER STE 2512**<br>**ROHNERT PARK, CA 94928**<br>**Tel: 707-318-9929 Fax: 833-596-1575** | # Fax |

| | | | |
|---|---|---|---|
| **To:** | THERESA | **From:** | RONALD CUPP |
| **Fax:** | 1-570-207-2682 | **Date:** | Oct 29, 2022 11:47 AM |

**Organization:** ABILITY RECOVERY SERVICES

**Subject:** **SERVICE OF SUMMONS AND COMPLAINT**

---

ON 9-23-22 I SPOKE TO THERESA AND WAS TOLD TO FAX THE SUMMONS AND
COMPLAINT, CIVIL COVER SHEET, ASSIGNMENT TO MAGISTRATE AND INITIAL
CASE MANAGEMENT

1

Civil Action No. 22-cv-5188-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*　CERDA V ALLY ET AL

was received by me on *(date)*　10/29/2022　.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*　CUSTOMER SERVICE　, who is

designated by law to accept service of process on behalf of *(name of organization)*　CONVERGENT OUTSOURCIN

AKA COMCAST _____ on *(date)*　10/29/2022　; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $　70.00　for travel and $ _____ for services, for a total of $　70.00　.

I declare under penalty of perjury that this information is true.

Date:　10/29/2022

/s/ Ronald Cupp
*Server's signature*

RONALD CUPP
*Printed name and title*

150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928

*Server's address*

Additional information regarding attempted service, etc:
I called and was told to email summons and complaint, civil cover sheet, initial case mgt, assign to magistrate to this email address.

| | |
|---|---|
| **From:** | roncupp.law.research@gmail.com |
| **Sent:** | Saturday, October 29, 2022 11:51 AM |
| **To:** | clerks22@convergentusa.com |
| **Cc:** | roncupp.law.research@gmail.com |
| **Subject:** | CERDA V ALLY ET AL 22-CV-5188-KAW |
| **Attachments:** | DOC CIVIL COVER SHEET 1-1.pdf; DOC 1 CASE 22-05188 KAW.pdf; CERDA AO 440 SUMMONS 22-CV-5188-KAW.pdf; CERDA ASSIGNMENT TO MAGISTRATE K WESTMORE 10-13-22.pdf; CERDA DOC 2 INITIAL CASE MGT 22-5188 9-13-22.pdf |

ON 9-23-22 I CALLED AND WAS TOLD TO EMAIL SUMMONS AND COMPLAINT, CIVIL COVER SHEET, ASSIGN TO MAGISTRATE, INITIAL CASE MAGT.

Ronald Cupp
"Life is an attitude, if you don't like your life, change your attitude!"

Civil Action No. 22-cv-5188-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CERDA V ALLY ET AL

was received by me on *(date)*      10/29/2022      .

□ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   LAXMAN      , who is

designated by law to accept service of process on behalf of *(name of organization)*   JEFFERSON CAPITAL

_____ on *(date)*   10/31/2022   ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*


My fees are $   70.00   for travel and $ _____ for services, for a total of $   70.00   .


I declare under penalty of perjury that this information is true.


Date:    10/31/2022                                    /s/ Ronald Cupp
                                                  *Server's signature*

                                                  RONALD CUPP
                                                  *Printed name and title*

                                          150 RALEY TOWN CENTER STE 2512
                                          ROHNERT PARK, CA 94928

                                                  *Server's address*


Additional information regarding attempted service, etc:
I called 9-23-22 and was told to mail summons and complaint, civil cover sheet, initial case mgt, assign to magistrate to this address.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Saint Cloud, MN 56303

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| $ | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $3.12 |
| $ | |
| Total Postage and Fees | $7.12 |
| $ | |

0662
6

CODDINGTOWN STATION
Postmark
Here
OCT 31 2022
SANTA ROSA, CA 95401

10/31/2022

Sent To  Jefferson Capital

Street and Apt. No., or PO Box No.  16 mcleland rd

City, State, ZIP+4®  Sait Cloud MN 56307

7021 1970 0000 1085 2018

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Civil Action No. 22-cv-5188-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CERDA V ALLY ET AL

was received by me on *(date)*          10/29/2022          .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   MICHELLE                                          , who is

designated by law to accept service of process on behalf of *(name of organization)*   AES/SUNTRUST BANK

_____ on *(date)*    10/31/2022    ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $    70.00    for travel and $ _____    for services, for a total of $    70.00    .

I declare under penalty of perjury that this information is true.

Date:     10/31/2022                                      /s/ Ronald Cupp
                                                        *Server's signature*

                                                        RONALD CUPP
                                                        *Printed name and title*

                                                        150 RALEY TOWN CENTER STE 2512
                                                        ROHNERT PARK, CA 94928

                                                        *Server's address*

Additional information regarding attempted service, etc:
I called 9-23-22 and was told to mail summons and complaint, civil cover sheet, initial case mgt, assign to magistrate to this address.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Harrisburg, PA 17106

Certified Mail Fee

$ $4.00

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $ $0.00
☐ Return Receipt (electronic)         $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

0662
6

10/31/2022

Postage
$ $3.12

Total Postage and Fees
$ $7.12

Sent To
AES / Suntrust Bank

Street and Apt. No., or PO Box No.
Bar 61047

City, State, ZIP+4®
Harrisburg, PA 17106

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7021 2720 0002 7075 3524

Civil Action No. 22-cv-5188-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CERDA V ALLY ET AL

was received by me on *(date)*       10/29/2022      .

□ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   LEGAL DEPT                                , who is

designated by law to accept service of process on behalf of *(name of organization)*   EXPERIAN

_____ on *(date)*   10/31/2022   ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $   70.00   for travel and $ _____ for services, for a total of $   70.00   .

I declare under penalty of perjury that this information is true.

Date:     10/31/2022                              /s/ Ronald Cupp
                                                  *Server's signature*

                                                  RONALD CUPP
                                                  *Printed name and title*

                                                  150 RALEY TOWN CENTER STE 2512
                                                  ROHNERT PARK, CA 94928

                                                  *Server's address*

Additional information regarding attempted service, etc:
I called and was told to mail summons and complaint, civil cover sheet, initial case mgt, assign to magistrate to this address.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Glendale, CA 91203

| Certified Mail Fee | $4.00 |
| --- | --- |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage $3.12

Total Postage and Fees $7.12

Sent To Ex Rx 1/2

Street and Apt. No., or PO Box No. 330 N. Brand Blvd #700

City, State, ZIP+4® Glendale, CA 91207

CODDINGTOWN STATION 0662
6
Postmark Here
SANTA ROSA CA 954
10/31/2022

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0002 7075 3463

Civil Action No. 22-cv-5188-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CERDA V ALLY ET AL

was received by me on *(date)*          10/29/2022          .

❑ I personally served the summons on the individual at *(place)*

_____     on *(date)* _____     ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  FORGOT NAME ON CALL IN          , who is

designated by law to accept service of process on behalf of *(name of organization)*  TRANS UNION

_____     on *(date)*     10/31/2022     ; or

❑ I returned the summons unexecuted because _____     ; or

❑ Other *(specify):*


My fees are $     70.00     for travel and $ _____     for services, for a total of $     70.00     .

I declare under penalty of perjury that this information is true.

Date:     10/31/2022

_/s/ Ronald Cupp_
*Server's signature*

RONALD CUPP
*Printed name and title*

150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928

*Server's address*

Additional information regarding attempted service, etc:
I called and was told to mail summons and complaint, civil cover sheet, initial case mgt, assign to magistrate to this address.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

7021 2720 0002 7075 3517

Chester, PA 19016

| | | |
|---|---|---|
| Certified Mail Fee | $4.00 | |
| $ | | 0662 12 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $3.12 | |
| $ | | 10/31/2022 |
| Total Postage and Fees | $7.12 | |
| $ | | |

Sent To  Trans Union

Street and Apt. No., or PO Box No.  2 Baldwin PL, P.O Box 2000

City, State, ZIP+4®  Chester, PA

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Civil Action No. 22-cv-5188-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CERDA V ALLY ET AL

was received by me on *(date)*        10/29/2022         .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   LEGAL DEPT                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*   EQUIFAX

_____ on *(date)*     10/31/2022     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $     70.00     for travel and $ _____ for services, for a total of $     70.00     .

I declare under penalty of perjury that this information is true.

Date:      10/31/2022                                            /s/ Ronald Cupp
                                                              *Server's signature*

                                                         RONALD CUPP
                                                         *Printed name and title*

                                                   150 RALEY TOWN CENTER STE 2512
                                                   ROHNERT PARK, CA 94928

                                                              *Server's address*

Additional information regarding attempted service, etc:
I called and was told to mail summons and complaint, civil cover sheet, initial case mgt, assign to magistrate to this address.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Atlanta, GA 30346

| Certified Mail Fee | | |
|---|---|---|
| $ $4.00 | | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | |
| $ $3.12 | | |
| Total Postage and Fees | | |
| $ $7.12 | | |

CODDINGTOWN STATION 0662 6

Postmark Here

OCT 31 2022

10/31/2022

Sent To  Equifax

Street and Apt. No., or PO Box No.  911 Perimeter Center Mn 300

City, State, ZIP+4®  Atlanta, GA 30346

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0002 7075 3487