PETER YOULD (SBN 339155)
peter.yould@troutman.com
Ally Financial Inc.
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, California 92614
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

Attorneys for Defendant
Ally Financial Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JESUS CERDA | Case No. 22-cv-05188-TLT |
| Plaintiff, | **ALLY FINANCIAL INC.'S ANSWER AND AFFIRMATIVE DEFENSES** |
| v. | |
| ALLY FINANCIAL CAPITAL ONE BANK USA NA COMENITY BANK EXPRESS CREDIT ONE BANK NA DISCOVER BIN SVCS LLC ISAC MACYS/DSNB SYNBC/CARE CREDIT ABILITY RECOVERY SERVICES CONVERGENT OUTSOURCING COMCAST JEFFERSON CAPITAL SYST AES/SUNTRUST BANK ILL STUDENT ASST. CO. EXPERIAN TRANS UNION LLC EQUIFAX DOES 1-10, | |
| Defendants | |

1

Defendant Ally Financial Inc. ("Ally"), by counsel, submits this Answer with Affirmative Defenses in response to the Complaint filed by Plaintiff Jesus Cerda ("Plaintiff").

## ANSWER

Ally admits that Plaintiff is suing Defendants for alleged violations of the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. § 1692, alleged violations of the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681, and alleged violations of the California Rosenthal Fair Debt Collection Practices Act Cal. Civil Code § 1788. Ally denies that it has violated those laws or any other laws the Plaintiff has alleged in the unnumbered paragraph following the title COMPLAINT. The allegations in that unnumbered paragraph contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

## JURISDICTION AND VENUE

1.      Ally admits it conducts business in the state of California. The remaining allegations in Paragraph 1 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

2.      The allegations in Paragraph 2 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

## PARTIES

3.      Ally admits Plaintiff is a natural person. Ally is without sufficient knowledge or information to either admit or deny the remaining allegations in Paragraph 3 and, therefore, denies the same.

4.      The allegations in Paragraph 4 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

allegations are contrary to law, they are denied.

5.      The allegations in Paragraph 5 of the Complaint refer to another party of which Ally is without sufficient knowledge or information to either admit or deny and, therefore, denies the same.

6.      The allegations in Paragraph 6 of the Complaint refer to another party of which Ally is without sufficient knowledge or information to either admit or deny and, therefore, denies the same.

7.      The allegations in Paragraph 7 of the Complaint refer to another party of which Ally is without sufficient knowledge or information to either admit or deny and, therefore, denies the same.

8.      The allegations in Paragraph 8 of the Complaint refer to another party of which Ally is without sufficient knowledge or information to either admit or deny and, therefore, denies the same.

9.      The allegations in Paragraph 9 of the Complaint refer to another party of which Ally is without sufficient knowledge or information to either admit or deny and, therefore, denies the same.

10.      The allegations in Paragraph 10 of the Complaint refer to another party of which Ally is without sufficient knowledge or information to either admit or deny and, therefore, denies the same.

11.      The allegations in Paragraph 11 of the Complaint refer to another party of which Ally is without sufficient knowledge or information to either admit or deny and, therefore, denies the same.

12.      The allegations in Paragraph 12 of the Complaint refer to another party of which Ally is without sufficient knowledge or information to either admit or deny and, therefore, denies the same.

13.      The allegations in Paragraph 13 of the Complaint refer to another party of which Ally is without sufficient knowledge or information to either admit or

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

ALLY'S ANSWER AND AFFIRMATIVE DEFENSES – 22-CV-05188-TLT
133468060

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1   deny and, therefore, denies the same.

2       14.    The allegations in Paragraph 14 of the Complaint refer to another party

3   of which Ally is without sufficient knowledge or information to either admit or

4   deny and, therefore, denies the same.

5       15.    The allegations in Paragraph 15 of the Complaint refer to another party

6   of which Ally is without sufficient knowledge or information to either admit or

7   deny and, therefore, denies the same.

8       16.    The allegations in Paragraph 16 of the Complaint refer to another party

9   of which Ally is without sufficient knowledge or information to either admit or

10  deny and, therefore, denies the same.

11      17.    The allegations in Paragraph 17 of the Complaint contain statements

12  and conclusions of law to which no response is required. To the extent the

13  allegations are contrary to law, they are denied.

14      18.    The allegations in Paragraph 18 of the Complaint refer to another party

15  of which Ally is without sufficient knowledge or information to either admit or

16  deny and, therefore, denies the same.

17      19.    The allegations in Paragraph 19 of the Complaint refer to another party

18  of which Ally is without sufficient knowledge or information to either admit or

19  deny and, therefore, denies the same.

20      20.    The allegations in Paragraph 20 of the Complaint refer to another party

21  of which Ally is without sufficient knowledge or information to either admit or

22  deny and, therefore, denies the same.

23      21.    The allegations in Paragraph 21 of the Complaint contain statements

24  and conclusions of law to which no response is required. To the extent the

25  allegations are contrary to law, they are denied.

26      22.    The allegations in Paragraph 22 are denied.

27      23.    The allegations in Paragraph 23 of the Complaint contain statements

28

ALLY'S ANSWER AND AFFIRMATIVE DEFENSES – 22-CV-05188-TLT
133468060

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

24.     Ally denies the allegations in Paragraph 24 of the Complaint pertaining to it. The remaining allegations contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

25.     The allegations in Paragraph 25 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

## FACTUAL ALLEGATIONS

26.     The allegations in Paragraph 26 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

27.     Ally denies the allegations in Paragraph 27 of the Complaint pertaining to it. The remaining allegations in Paragraph 27 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

28.     The allegations in Paragraph 28 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

29.     The allegations in Paragraph 29 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

30.     Ally denies the allegations in Paragraph 30 of the Complaint pertaining to it. The remaining allegations regard other parties, to which Ally is without sufficient information or knowledge to either admit or deny and, therefore, denies the same.

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

31.     Ally denies the allegations in Paragraph 31 of the Complaint pertaining to it. The remaining allegations regard other parties, to which Ally is without sufficient information or knowledge to either admit or deny and, therefore, denies the same.

32.     The allegations in Paragraph 32 of the Complaint refer to documents which speak for themselves. To the extent the allegations are contrary to the documents, they are denied.

33.     The allegations in Paragraph 33 of the Complaint refer to documents which speak for themselves. To the extent the allegations are contrary to the documents, they are denied.

34.     The allegations in Paragraph 34 of the Complaint refer to documents which speak for themselves. To the extent the allegations are contrary to the documents, they are denied.

35.     The allegations in Paragraph 35 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

36.     The allegations in Paragraph 36 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

37.     The allegations in Paragraph 37 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

38.     The allegations in Paragraph 38 of the Complaint refer to documents which speak for themselves. To the extent the allegations are contrary to the documents, they are denied.

39.     Ally denies the allegations in Paragraph 39 of the Complaint pertaining to it. The remaining allegations in Paragraph 39 refer to other parties,

ALLY'S ANSWER AND AFFIRMATIVE DEFENSES – 22-CV-05188-TLT
133468060

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

40.    The allegations in Paragraph 40 of the Complaint refer to documents which speak for themselves. To the extent the allegations are contrary to the documents, they are denied.

41.    The allegations in Paragraph 41 of the Complaint refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

42.    Ally denies the allegations in Paragraph 42 of the Complaint.

43.    The allegations in Paragraph 43 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

44.    The allegations in Paragraph 44 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

45.    Ally denies the allegations in the final sentence in Paragraph 45 of the Complaint. The remaining allegations contain statements and conclusions of law to which no response is required, and/or refer to other parties about which Ally is without sufficient information or knowledge to either affirm or deny allegations and, therefore, to the extent contrary to law or in reference to other parties, denies the same.

46.    The allegations in Paragraph 46 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

47.    Ally denies the allegations in Paragraph 47 of the Complaint pertaining to it. The remaining allegations in Paragraph 47 contain statements and conclusions of law to which no response is required. To the extent the allegations

133468060

are contrary to law, they are denied.

**COUNT I**
**VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA),**
**15 U.S.C. § 1692e(2), (5), (8), and (10) BY ALL DEFENDANTS**

48.     Ally adopts and incorporates its responses to the previous paragraphs as if fully set forth herein.

49.     The allegations in Paragraph 49 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

50.     Ally denies the allegations in Paragraph 50 of the Complaint pertaining to it. The remaining allegations in Paragraph 50 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

51.     Ally denies the allegations in Paragraph 51 of the Complaint pertaining to it. The remaining allegations in Paragraph 51 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

52.     Ally denies the allegations in Paragraph 52 of the Complaint pertaining to it. The remaining allegations in Paragraph 52 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

53.     Ally denies the allegations in Paragraph 53 of the Complaint pertaining to it. The remaining allegations in Paragraph 53 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

54.     Ally denies the allegations in Paragraph 54 of the Complaint pertaining to it. The remaining allegations in Paragraph 54 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

ALLY'S ANSWER AND AFFIRMATIVE DEFENSES – 22-CV-05188-TLT
133468060

deny such allegations and, therefore, denies the same.

55.     Ally denies the allegations in Paragraph 55 of the Complaint pertaining to it. The remaining allegations in Paragraph 55 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

56.     Ally denies the allegations in Paragraph 56 of the Complaint pertaining to it. The remaining allegations in Paragraph 56 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

57.     Ally denies the allegations in Paragraph 57 of the Complaint pertaining to it. The remaining allegations in Paragraph 57 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

Ally denies Plaintiff is entitled to the relief requested in the unnumbered WHEREFORE paragraph, and subparagraphs A. through D., immediately following Paragraph 57 of the Complaint.

## COUNT II
## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. § 1692g(a) BY ALL DEFENDANTS

58.     Ally adopts and incorporates its responses to the previous paragraphs as if fully set forth herein.

59.     The allegations in Paragraph 59 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

60.     The allegations in Paragraph 60 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

61.     The allegations in Paragraph 61 of the Complaint contain statements

ALLY'S ANSWER AND AFFIRMATIVE DEFENSES – 22-CV-05188-TLT

133468060

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1  and conclusions of law to which no response is required. To the extent the

2  allegations are contrary to law, they are denied.

3        62.    The allegations in Paragraph 62 of the Complaint contain statements

4  and conclusions of law to which no response is required. To the extent the

5  allegations are contrary to law, they are denied.

6        63.    The allegations in Paragraph 63 of the Complaint contain statements

7  and conclusions of law to which no response is required. To the extent the

8  allegations are contrary to law, they are denied.

9        64.    The allegations in Paragraph 64 of the Complaint refer to other parties

10  about which Ally is without sufficient information or knowledge to either admit or

11  deny such allegations and, therefore, denies the same.

12        65.    Ally denies the allegations in Paragraph 65 of the Complaint

13  pertaining to it. The remaining allegations in Paragraph 65 refer to other parties

14  about which Ally is without sufficient information or knowledge to either admit or

15  deny such allegations and, therefore, denies the same.

16        66.    Ally denies the allegations in Paragraph 66 of the Complaint

17  pertaining to it. The remaining allegations in Paragraph 66 of the Complaint contain

18  statements and conclusions of law to which no response is required. To the extent

19  the allegations are contrary to law, they are denied.

20        Ally denies Plaintiff is entitled to the relief requested in the unnumbered

21  WHEREFORE paragraph, and subparagraphs A. through D., immediately

22  following Paragraph 66 of the Complaint.

### COUNT III
### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. § 1681s-2(b) BY ALL DEFENDANTS

25        67.    Ally adopts and incorporates its responses to the previous paragraphs

26  as if fully set forth herein.

27        68.    The allegations in Paragraph 68 of the Complaint contain statements

28

and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

69.     The allegations in Paragraph 69 of the Complaint refer to other parties about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore denies the same.

70.     The allegations in Paragraph 70 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

71.     The allegations in Paragraph 71 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

72.     The allegations in Paragraph 72 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

73.     Ally denies Plaintiff is entitled to bring a claim for violations of 15 U.S.C. § 1681s-2(b) as Plaintiff is not a federal or state official, therefore Ally denies the allegations in Paragraph 73 of the Complaint.

74.     The allegations in Paragraph 74 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

75.     The allegations in Paragraph 68 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied. Ally specifically denies its conduct caused Plaintiff damages.

76.     The allegations in Paragraph 76 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

ALLY'S ANSWER AND AFFIRMATIVE DEFENSES – 22-CV-05188-TLT
133468060

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1   77.     The allegations in Paragraph 77 of the Complaint contain statements

2   and conclusions of law and refer to documents that speak for themselves, to which

3   no response is required. To the extent the allegations are contrary to law and/or the

4   documents, they are denied.

5   78.     The allegations in Paragraph 78 of the Complaint contain statements

6   and conclusions of law and refer to documents that speak for themselves, to which

7   no response is required. To the extent the allegations are contrary to law and/or the

8   documents, they are denied.

9   79.     The allegations in Paragraph 79 of the Complaint contain statements

10  and conclusions of law and refer to documents that speak for themselves, to which

11  no response is required. To the extent the allegations are contrary to law and/or the

12  documents, they are denied.

13  80.     The allegations in Paragraph 80 of the Complaint contain statements

14  and conclusions of law and refer to documents that speak for themselves, to which

15  no response is required. To the extent the allegations are contrary to law and/or the

16  documents, they are denied.

17  81.     The allegations in Paragraph 81 of the Complaint contain statements

18  and conclusions of law to which no response is required. To the extent the

19  allegations are contrary to law, they are denied.

20  82.     The allegations in Paragraph 82 of the Complaint contain statements

21  and conclusions of law and refer to documents that speak for themselves, to which

22  no response is required. To the extent the allegations are contrary to law and/or the

23  documents, they are denied.

24  83.     The allegations in Paragraph 83 of the Complaint contain statements

25  and conclusions of law and refer to documents that speak for themselves, to which

26  no response is required. To the extent the allegations are contrary to law and/or the

27  documents, they are denied.

28

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

84.     The allegations in Paragraph 84 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

85.     The allegations in Paragraph 85 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied Ally denies its conduct is subject to the Fair Debt Collection Practices Act as it is not a debt collector as defined in 15 U.S.C. § 1692a(6).

86.     The allegations in Paragraph 86 of the Complaint contain statements and conclusions of law and refer to documents that speak for themselves, to which no response is required. To the extent the allegations are contrary to law and/or the documents, they are denied.

87.     The allegations in Paragraph 87 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

88.     Ally denies that it violated the FCRA.  The remaining allegations in Paragraph 88 of the Complaint contain statements and conclusions of law and refer to documents that speak for themselves, to which no response is required. To the extent the allegations are contrary to law and/or the documents, they are denied.

89.     Ally denies that it violated the FCRA.  The remaining allegations in Paragraph 89 of the Complaint contain statements and conclusions of law and refer to documents that speak for themselves, to which no response is required. To the extent the allegations are contrary to law and/or the documents, they are denied.

90.     Ally denies the allegations in Paragraph 90 of the Complaint pertaining to it. The remaining allegations in Paragraph 90 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

91.     Ally denies the allegations in Paragraph 91 of the Complaint pertaining to it. The remaining allegations in Paragraph 91 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

92.     The allegations in Paragraph 92 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

93.     The allegations in Paragraph 93 of the Complaint refer to documents which speak for themselves and/or contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to the documents or law, they are denied. Any remaining allegations in Paragraph 93 refer to parties other than Ally, about which Ally lacks sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

Ally denies Plaintiff is entitled to the relief requested in the unnumbered WHEREFORE paragraph, and subparagraphs A. through G., immediately following Paragraph 93 of the Complaint.

## COUNT IV
## VIOLATION OF FCRA § 1681i(a)
## BY ALL DEFENDANTS

94.     Ally adopts and incorporates its responses to the previous paragraphs as if fully set forth herein.

95.     Ally denies the allegations in Paragraph 95 of the Complaint pertaining to it. The remaining allegations in Paragraph 95 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

96.     Ally denies the allegations in Paragraph 96 of the Complaint pertaining to it. The remaining allegations in Paragraph 96 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or

ALLY'S ANSWER AND AFFIRMATIVE DEFENSES – 22-CV-05188-TLT
133468060

deny such allegations and, therefore, denies the same.

97. Ally denies the allegations in Paragraph 97 of the Complaint pertaining to it. The remaining allegations in Paragraph 97 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

98. Ally denies the allegations in Paragraph 98 of the Complaint pertaining to it. The remaining allegations in Paragraph 98 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

99. Ally denies the allegations in Paragraph 99 of the Complaint pertaining to it. The remaining allegations in Paragraph 99 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

100. Ally denies the allegations in Paragraph 100 of the Complaint pertaining to it. The remaining allegations in Paragraph 100 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

101. Ally denies Plaintiff is entitled to recover anything from Ally. The remaining allegations in Paragraph 101 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

Ally denies Plaintiff is entitled to the relief requested in the unnumbered WHEREFORE paragraph, and subparagraphs A. through F., immediately following Paragraph 101 of the Complaint.

## COUNT V
## VIOLATION OF FCRA § 1681e(b)
## BY ALL DEFENDANTS

102. Ally adopts and incorporates its responses to the previous paragraphs

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

as if fully set forth herein.

103. Ally denies the allegations in Paragraph 103 of the Complaint pertaining to it. The remaining allegations in Paragraph 103 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

104. Ally denies the allegations in Paragraph 104 of the Complaint pertaining to it. The remaining allegations in Paragraph 104 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

105. Ally denies the allegations in Paragraph 105 of the Complaint pertaining to it. The remaining allegations in Paragraph 105 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

106. Ally denies the allegations in Paragraph 106 of the Complaint pertaining to it. The remaining allegations in Paragraph 106 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

107. Ally denies Plaintiff is entitled to recover anything from Ally. The remaining allegations in Paragraph 107 of the Complaint refer to other parties about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

Ally denies Plaintiff is entitled to the relief requested in the unnumbered WHEREFORE paragraph, and subparagraphs A. through F., immediately following Paragraph 107 of the Complaint.

## COUNT VI
## VIOLATION OF CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (CAFDCPA), CC § 1788

108. Ally adopts and incorporates its responses to the previous paragraphs

Troutman Pepper Hamilton Sanders LLP
5 Park Plaza
Suite 1400
Irvine, CA 92614-2545

ALLY'S ANSWER AND AFFIRMATIVE DEFENSES – 22-CV-05188-TLT
133468060

as if fully set forth herein.

109.    The allegations in Paragraph 109 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

110.    The allegations in Paragraph 110 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

111.    The allegations in Paragraph 111 of the Complaint contain statements and conclusions of law to which no response is required. To the extent the allegations are contrary to law, they are denied.

112.    Ally denies the allegations in Paragraph 112 of the Complaint pertaining to it. The remaining allegations in Paragraph 112 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

113.    Ally denies the allegations in Paragraph 113 of the Complaint pertaining to it. The remaining allegations in Paragraph 113 refer to other parties, about which Ally is without sufficient information or knowledge to either admit or deny such allegations and, therefore, denies the same.

Ally denies Plaintiff is entitled to the relief requested in the unnumbered WHEREFORE paragraph, and subparagraphs A. through C., immediately following Paragraph 113 of the Complaint.

## DEMAND FOR JURY TRIAL

Ally admits Plaintiff demands a jury trial.

## AFFIRMATIVE AND OTHER DEFENSES

Without admitting any of Plaintiff's allegations or conceding the burden of proof as to any issue found to be an element of the causes of action included in the Complaint, Ally alleges the following separate affirmative and other defenses based

ALLY'S ANSWER AND AFFIRMATIVE DEFENSES – 22-CV-05188-TLT

133468060

on information and belief, with respect to Plaintiff.

1.      The complaint fails to the extent it does not set forth facts sufficient to state a claim upon which relief may be granted against Ally and fails to state facts sufficient to entitle Plaintiff to the relief sought.  Ally reserves the right to file a Motion for Judgment on the Pleadings or other dispositive motion seeking dismissal of Plaintiff's claims.

2.      Plaintiff's claims fail to the extent that, at all relevant times with respect to Plaintiff, Ally acted in good faith and complied fully with applicable federal and/or state law.

3.      Plaintiff cannot recover from Ally to the extent that any damages that Plaintiff may have suffered, which Ally continues to deny, directly and proximately resulted from Plaintiff's own acts and/or omissions.

4.      Plaintiff cannot recover from Ally to the extent that any damages that Plaintiff may have or will suffer as alleged in the Complaint, which Ally continues to deny, have been and will be proximately caused, in whole or in part, by the negligent, willful, or tortious acts or omissions of persons or entities over whom Ally had no control, and for whom Ally is not responsible, which bars or diminishes any recovery by Plaintiff against Ally.

5.      Plaintiff cannot recover from Ally to the extent that any damages allegedly suffered by Plaintiff were not caused by Ally, but by intervening causes.

6.      Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff has not suffered any actual damages.

7.      Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff has failed to mitigate his damages.

8.      Plaintiff's claims for punitive damages fail to the extent that the Complaint fails to state a claim for relief for punitive damages.  Additionally, Ally states that while it does not believe Plaintiff has stated a claim for punitive damages,

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

even if he proves an entitlement to any such punitive damage award, Ally is entitled to the affirmative defense that any such award must comport with the Due Process clause under the Constitution of the United States of America.

9.     At all times relevant, Ally acted reasonably and in good faith and without any malice or intent to injure Plaintiff or to violate applicable federal and/or state law.

10.     Plaintiff cannot recover from Ally under the Complaint to the extent that Plaintiff lacks statutory or Constitutional standing due to lack of concrete and particularized injury-in-fact.

11.     Plaintiff's claims fail to the extent that they are barred by any applicable statutes of limitation or by the doctrine of laches.

12.     To the extent there was any violation of applicable law, which Ally denies, Ally's actions were neither knowing nor willful because Ally's violations, if any, were unintentional and the result of a bona fide error despite the maintenance of procedures reasonably adapted to avoid such violations.

13.     Any violation of applicable state law by Ally, if any, cannot proceed to the extent preempted by federal law.

14.     The injunctive remedies sought by Plaintiff are barred to the extent Plaintiff has an adequate remedy at law and/or the alleged conduct which Plaintiff seeks to enjoin is neither actively occurring nor threatened.

15.     Ally reserves the right to seek leave from the Court to amend this answer to allege additional affirmative defenses in the event discovery or other information indicates they are appropriate.

**WHEREFORE**, Defendant Ally Financial Inc. prays for judgment against Plaintiff as follows:

1.     That Plaintiff take nothing by way of the Complaint;

2.     That judgment be entered against Plaintiff dismissing the Complaint

ALLY'S ANSWER AND AFFIRMATIVE DEFENSES – 22-CV-05188-TLT
133468060

with prejudice;

     3.     That judgment be entered in Ally's favor;

     4.     For costs of suit incurred herein;

     5.     For reasonable attorneys' fees incurred herein to the fullest extent allowed by applicable law; and

     6.     For such other and further relief as the Court may deem just and proper.

Dated:   _December 16, 2022      **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:*/s/ Peter B. Yould*
     Peter B. Yould

     Attorneys for Defendant
     Ally Financial Inc.

Troutman Pepper Hamilton Sanders LLP
5 Park Plaza
Suite 1400
Irvine, CA 92614-2545

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2022, a copy of the foregoing **ALLY'S ANSWER AND AFFIRMATIVE DEFENSES** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

By:/s/ *Peter B. Yould*
Peter B. Yould