Jesus Cerda 2528 Pomo Tri
Santa Rosa, CA 95403
707-237-4855

jessiecerda1985@gmail.com
*Plaintiff pro se*

FILED

JAN -9 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CERDA, | Case No.: 4:22-cv-05188-KAW |
| Plaintiff, | |
| V. | |
| Defendants. | |
| ALLY FINANCIAL, et al., | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) AS TO defendants, the ILLINOIS STUDENT ASSISTANCE COMMISSION, (ISAC) a State of Illinois Statutory Agency / Commission, ISAC and the ILL STUDENT ASST.CO., ONLY |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Jesus Cerda voluntarily dismisses Defendants, the ILLINOIS STUDENT ASSISTANCE COMMISSION, (ISAC) a State of Illinois Statutory Agency / Commission, also known as ISAC, and the ILL STUDENT ASST CO, with prejudice from the above-captioned lawsuit. This Notice only relates to Defendants the ILLINOIS STUDENT ASSISTANCE COMMISSION, (ISAC) a State of Illinois Statutory Agency / Commission and its additional mistakenly names identities.

Defendant The ILLINOIS STUDENT ASSISTANCE COMMISSION, (ISAC) a State of Illinois Statutory Agency / Commission, also known as ISAC, and ILL STUDENT ASST CO, has not filed an answer or a motion for summary judgment in this proceeding and therefore dismissal is appropriate without a court order. Fed. R. Civ. P. 41(a)(l)(A)(i).

DATED: January 5, 2023     By_____/s/ *Jesus Cerda*_____

Jesus Cerda    - *Plaintiff Pro Se*

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) AS TO Defendants, the ILLINOIS STUDENT ASSISTANCE COMMISSION, (ISAC) a State of Illinois Statutory Agency / Commission, also known as ISAC, and the ILL STUDENT ASST CO, ONLY.

SAN FRANCISCO CA  940

6 JAN 2023   PM 4   L



RECEIVED

JAN 0 9 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

US DISTRICT COURT
450 GOLDEN GATE AV # 16TH FL
SAN FRANCISCO, CA
94102

94102-348999