**MUSICK, PEELER & GARRETT LLP**
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone (714) 668-2400
Facsimile (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
  *d.bradley@musickpeeler.com*

Attorneys for Defendant PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY dba AES (erroneously sued as "AES/Suntrust Bank")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Jesus Cerda,<br><br>Plaintiff,<br><br>vs.<br><br>ALLY FINANCIAL; CAPITAL ONE BANK USA NA; COMENITY BANK EXPRESS; CREDIT ONE BANK NA; DISCOVER BIN SVCS LLC; ISAC; MACYS/DSNB; SYNBC/CARE CREDIT; ABILITY RECOVERY SERVICES; CONVERGENT OUTSOURCING; COMCAST; JEFFERSON CAPITAL SYST; AES/SUNTRUST BANK; ILL STUDENT ASST. CO; EXPERIAN; TRANS UNION LLC; EQUIFAX; DOES 1-10,<br><br>Defendants. | Case No. 3:22-cv-05188-TLT<br><br>Hon. Trina L. Thompson, Courtroom 9<br><br>**DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY'S REPLY RE NON-OPPOSITION IN SUPPORT OF MOTION TO DISMISS**<br><br>**Date:     April 18, 2023**<br>**Time:     2:00 p.m.**<br>**Crtrm.:   9** |

Defendant Pennsylvania Higher Education Assistance Agency ("PHEAA") filed its Motion to Dismiss on January 17, 2023. Plaintiff's opposition was due on January 31, 2023. To date, PHEAA has received no opposition to its Motion nor any notice from the Court that an opposition was filed.

PHEAA therefore requests that the Court grant its Motion to Dismiss with prejudice.

DATED: February 3, 2023        MUSICK, PEELER & GARRETT LLP

By: _____
Donald E. Bradley
Attorneys for Defendant
PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY dba AES (erroneously sued as "AES/Suntrust Bank")

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On February 3, 2023, I served true copies of the following document(s) described as **DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY'S REPLY RE NON-OPPOSITION IN SUPPORT OF MOTION TO DISMISS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 3, 2023, at Costa Mesa, California.

*/s/ April Yusay*
April Yusay

# SERVICE LIST

| | |
|---|---|
| Jesus Cerda<br>2528 Pomo Trl<br>Santa Rosa, CA 95403<br>Phone: (707) 237-4855<br>Email: jessiecerda1985@gmail.com<br>*Plaintiff Pro Se*<br>**BY MAIL** | Peter Yould<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614<br>Phone: (949) 622-2700<br>Fax: (949) 622-2739<br>Email: Peter.Yould@Troutman.com<br>*Attorneys for Defendant Ally Financial Inc.* |
| Katie Gonzalez<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Phone: (650) 739-3939<br>Fax: (650) 739-3900<br>Email: kgonzalez@jonesday.com<br>*Attorneys for Defendant Experian Information Solutions, Inc.* | Jason S. Roberts<br>SCHUCKIT & ASSOCIATES, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>Phone: (317) 363-2400<br>Fax: (317) 363-2257<br>Email: jroberts@schuckitlaw.com<br>*Attorneys for Defendant Trans Union LLC* |
| James K. Schultz<br>Debbie P. Kirkpatrick<br>SESSIONS ISRAEL & SHARTLE, LLP<br>1550 Hotel Circle North, Suite 260<br>San Diego, CA 92108<br>Phone: (619) 758-1891<br>Fax: (877) 334-0661<br>Email: jschultz@sessions.legal;<br>dkirkpatrick@sessions.legal<br>*Attorneys for Defendant Jefferson Capital Systems, LLC* | |