Jesus Rogelio Cerda
2528 Pomo Trial
Santa Rosa, CA 95403
707-237-4855 cell
jessiecerda1985@gmail.com
*Plaintiff pro se*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Rogelio Cerda, | ) CASE NO:  22-cv-05188-TLT |
|  | ) Hon. Trina L. Thompson, Courtroom 9 |
| Plaintiff, | ) |
|  | ) REQUEST TO ENTER DEFAULT AGAINST |
| vs. | ) DEFENDANT SYNBC/CARE CREDIT |
|  | ) |
| ALLY FINANCIAL, *et al* | ) |
|  | ) |
| Defendants. | ) |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiff Jesus Rogelio Cerda hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant SYNBC/CARE CREDIT on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant SYNBC/CARE CREDIT on October 29, 2022, evidenced by the proof of service of summons on file with this Court.

The above stated facts are set forth in the accompanying declaration of Ronald Cupp filed herewith.

Dated: March 3, 2023                                  Respectfully submitted

/s/ JESUS CERDA

_____
JESUS CERDA, Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

I certify that on March 3, 2023, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: March 3, 2023

By: */s/ Ronald Cupp*
Ronald Cupp
