# DECLARATION OF SERVICE

I, Ronald Cupp, declare as follows:

1.  I have personal knowledge of all facts stated herein. The facts set forth below include my own acts, or facts and events I personally witnessed or participated in.

2.  The following statements are true and correct. If called to testify about these facts, I could testify thereto based on my personal knowledge.

3.  I am not a party to this action.

4.  I am declaring that I personally performed service as outlined in the Complaint Cerda v. Ally et al, 22-CV-5188.

4.  I served Defendant SYNBC/CARE CREDIT as outlined in Doc 9 on October 31, 2022, pages 15 and 16.

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of March 2023, at Santa Rosa, California.

/s/ *Ronald Cupp*
Ronald Cupp