Jesus Rogelio Cerda
2528 Pomo Trial
Santa Rosa, CA 95403
707-237-4855 cell
jessiecerda1985@gmail.com
*Plaintiff pro se*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Rogelio Cerda, | ) CASE NO: 22-cv-05188-TLT |
|  | ) Hon. Trina L. Thompson, Courtroom 9 |
| Plaintiff, | ) |
|  | ) REQUEST TO REMOVE DOC 51 TO ENTER |
| vs. | ) CLERKS DEFAULT AGAINST |
|  | ) DEFENDANT COMENITY BANK AS |
| ALLY FINANCIAL, *et al* | ) DEFENDANT HAS NOW ANSWERED BY |
|  | ) DOC 52 |
| Defendants. | ) |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiff Jesus Rogelio Cerda hereby requests Clerk to remove the previous request for the Clerk of the above-entitled Court enter default in this matter against defendant COMENITY BANK EXPRESS on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Defendant Comenity Bank has now answered the Complaint filed as Doc 52 on March 3, 2023.

Dated:        March 7, 2023                    Respectfully submitted

                                               */s/ Jesus Cerda*
                                               _____
                                               JESUS CERDA, Plaintiff *Pro Se*

# CERTIFICATE OF SERVICE

I certify that on March 7, 2023, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: March 7, 2023

By: /s/ JESUS CERDA
Jesus Cerda in Pro Se