1  Amy Lopez, Bar No. 335669
   amylopez@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, California  92612.4408
   Telephone:  +1.949.851.3939
4  Facsimile:  +1.949.553.7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | JESUS CERDA,                | Case No. 3:22-cv-05188-TLT
13 |         Plaintiff,           | **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**
14 |    v.                        |
15 | ALLY FINANCIAL, et al.,      |
16 |         Defendants.          |
17 |                              | Complaint Filed:  September 12, 2022

18

19

20

21

22

23

24

25

26

27

28

NAI-1537334071v1                                  [PROPOSED] ORDER
                                        Case No.: 3:22-cv-05188-TLT

Plaintiff Jesus Cerda and Defendant Experian Information Solutions, Inc. have announced to the Court that all matters in controversy against Experian Information Solutions, Inc. have been resolved. A Stipulation of Dismissal with Prejudice of Experian Information Solutions, Inc. has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Plaintiff and Experian Information Solutions, Inc, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Jesus Cerda against Defendant Experian Information Solutions, Inc. are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

Dated: July 14, 2023

Honorable Trina L. Thompson
United States District Judge