```
Jesus Cerda
2528 Pomo Trl
Santa Rosa, CA 95403
707-237-4855
jessiecerda1985@gmail.com
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Cerda,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALLY FINANCIAL *et al*<br>CAPITAL ONE BANK USA NA<br>DISCOVER BANK<br>TRANSUNION<br><br>　　　　Defendants. | CASE NO: 22-cv-05188-TLT<br>Hon. Trina L. Thompson<br><br>**PLAINTIFF'S MOTION TO ENLARGE OR EXTEND TIME Fed.Civ.R 6(b)(A) & LOCAL RULE 6-3 FOR ENLARGEMENT OF TIME TO FILE FIRST AMENDED COMPLAINT (FAC)** |

　　　　Comes now, Plaintiff timely to move this honorable court pursuant to Fed.Civ.R. 6(b)(A), Fed.Civ.R.7(b)[1], Plaintiff was to file his FAC within 14 days of July 6, 2023 (July 2023) per order dated July 6, 2023 of the court.

　　　　Plaintiff is in Pro Se, and is currently struggling to understand the Courts order and comply, Plaintiff has received and studied the Pro Se Handbook from NDCA. Plaintiff thought

---

[1] Rule 6. Computing and Extending Time; Time for Motion Papers
 (b) Extending Time. (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

incorrectly that his pleading (original complaint) was specific enough in its original filing. Plaintiff has spent the time required by the Court and wishes to now comply by filing his FAC, sent/filed instanter.

    Plaintiff believes the First Amended Complaint FAC addresses the deficient pleadings outlined by the Court in its Order.

Plaintiff timely requests leave of court until today July 26, 2023 to file his First Amended Complaint FAC, and by filing his FAC, sent/filed instanter.

    Attached hereto and incorporated herein by reference is a brief in support of this motion to extend time, with a detailed prayer for specific relief request.

    Respectfully submitted

/s/ *Jesus Cerda*
JESUS CERDA
Plaintiff Pro SE

**PLAINTIFF'S MOTION TO EXTEND TIME**
**NOTICE OF HEARING**
Fed.Civ. R.7

Unless this court deems, otherwise this hearing date for said Motion will be set for hearing on Tuesday, October 31, 2023 at 2 p.m. (per Court calendar, all previous dates are full) and a response hereto will be set for (10) days prior to hearing.

/s/ *Jesus Cerda*
JESUS CERDA
Plaintiff Pro SE