Jesus Cerda
2528 Pomo Trl
Santa Rosa, CA 95403
707-237-4855
jessiecerda1985@gmail.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Cerda, | ) CASE NO: 22-cv-05188-TLT |
| | ) Hon. Trina L. Thompson |
| Plaintiff, | ) |
| | ) **ORDER GRANTING PLAINTIFF'S** |
| vs. | ) **MOTION TO ENLARGE TIME TO FILE** |
| | ) **FIRST AMENDED COMPLAINT (FAC)** |
| ALLY FINANCIAL *et al* | ) |
| CAPITAL ONE BANK USA NA | ) |
| DISCOVER BANK | ) |
| TRANSUNION | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

On July 26, 2023 Plaintiff filed a motion for enlargement of time to file his First Amended Complaint (FAC), submitted instanter, to July 26, 2023..

On good cause being shown,

**IT IS SO ORDERED.**

Dated: July 26, 2023

_____
HON. TRINA L. THOMPSON
United States District Judge